IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY B SCHOBERT,

    Plaintiff,
v.                                        CASE NO. 5:16-cv-272-WTH-GRJ

CHAPLAIN WALKER,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    Plaintiff, an inmate presently confined at Northwest Florida Reception Center, initiated this case by filing a *pro se* civil rights complaint and has been granted leave to proceed as a pauper by separate order. Plaintiff filed an Amended Complaint, ECF No. 11. After screening the Amended Complaint pursuant to 28 U.S.C. § 1915(e), the Court determined that the Complaint failed to state a claim because, contrary to the Court's previous instructions, Plaintiff sought compensatory damages for an alleged First Amendment violation, without any allegation of a physical injury. The Court struck the Amended Complaint and, for a second time, afforded Plaintiff an opportunity to file an Amended Complaint that does not seek compensatory damages because Plaintiff suffered no physical injury. Plaintiff was ordered to file any Second Amended Complaint on or before

April 7, 2017.  ECF No. 12.  As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED without prejudice** for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 11th day of April 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**