UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY B SCHOBERT,

    PLAINTIFF,

-vs-                                               Case No. 5:16-cv-00272-WTH-GRJ

WALKER,

    DEFENDANT.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 11, 2017. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    ORDERED AND ADJUDGED:

    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order. The Clerk shall a judgment stating as follows: "This case is dismissed without prejudice for failure to comply with an order of the Court and failure to prosecute." The Clerk is directed to close the file.

    DONE and ORDERED at Gainesville, Florida this 25th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE